# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED W/ ) | |
| JVL@INTERTECH-CORP.RU, ) | Docket no. 1:20-mj-00026-AJ |
| AAS@INTERTECH-CORP.RU, AND ) | |
| TBK@INTERTECH-CORP.RU THAT IS ) | Filed Under Seal – Level II |
| STORED AT PREMISES OPERATED BY ) | |
| GOOGLE, INC. ) | |
| ) | |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an extension of its Order commanding GOOGLE, INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the warrant) of the existence of the attached warrant until 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation, including by giving targets an opportunity to destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that GOOGLE, INC. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of 180 days from the date of this Order, except that GOOGLE, INC. may disclose the attached warrant to an attorney for GOOGLE, INC. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

 1/19/2021
Date

Andrea K. Johnstone
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>information associated w/ jvl@intertech-corp.ru,<br>aas@intertech-corp.ru, tbk@intertech-corp.ru that is<br>stored at premises operated by Google, LLC | )<br>)<br>)  Case No.   1:20-mj-26-AJ<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   California
*(identify the person or describe the property to be searched and give its location)*:

information associated with jvl@intertech-corp.ru, aas@intertech-corp.ru and tbk@intertech-corp.ru that is stored at premises operated by Google, LLC. See Attachments A2 and B2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B2 (attached and incorporated herein).

**YOU ARE COMMANDED** to execute this warrant on or before   January 28, 2020   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Andrea K. Johnstone, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/14/2020 12:00 am
*Judge's signature*

City and state:   Concord, New Hampshire         Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

| **Return** |||
|---|---|---|
| Case No.:<br>1:20-mj-26-AJ | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Print   Save As...   Reset